894

**No. P66/5.**—Polk's Model Craft Hobbies, Inc. v. United States, protest 63/7227 (Los Angeles).

**No. P66/6.**—Polks Model Craft Hobbies, Inc. v. United States, protests 63/20514(D) and 63/7862(C) (New York).

Oliver, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.

**No. P66/7.**—Bridge Novelty Co., Inc. v. United States, protest 64/24094 (New York).

**No. P66/8.**—Metasco, Inc. v. United States, protest 64/24695 (New York).

**No. P66/9.**—Gimbel Bros., Inc. v. United States, protests 65/1614 and 65/2347 (New York).

Oliver, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of plastic paperweights similar in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (50 Cust. Ct. 226, Abstract 67488), the claim of the plaintiffs was sustained.

**No. P66/10.**—Roxy Import Corp. v. United States, protest 65/4913 (New York).

Oliver, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.